Entered on Docket
November 02, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: November 01, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

EDWARD G. SCHLOSS CA Bar No. 102858
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488 Fax: (310) 836-4888
B23275/rb

Attorney for Movant
BAYVIEW LOAN SERVICING, LLC,
servicing agent for CitiMortgage

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

STEVEN ON and
IVY HO ON

        Debtors.
_____

Bk. No.: 10-47541

RS No.: EGS-37

Chapter 7

ORDER TERMINATING THE AUTOMATIC STAY RE PROPERTY LOCATED AT 58 AGNES ST., OAKLAND, CA 94618

Hearing-
Date: October 8, 2010
Time: 10:00 a.m.
Place: United States Bankruptcy Court
      1300 Clay Street
      Courtroom 215
      Oakland, CA

Honorable Edward D. Jellen

     Movant's Motion For Relief From Automatic Stay came on for hearing on October 8, 2010 before the Honorable Edward D. Jellen. Norman Bahlert appeared specially on behalf of Movant, BAYVIEW LOAN SERVICING, LLC, servicing agent for CitiMortgage. Other appearances were as stated on the record.

     The Court, having considered the Court records and files and with good cause appearing therefor, makes its Order as follows:

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that *effective October 13,*
2 *2010* the Automatic Stay in the above-entitled bankruptcy proceeding is terminated as to Movant,
3 its assignees and/or successors in interest, and Movant, its assignees and/or successors in interest,
4 may hereafter proceed with foreclosure and conduct a trustee's sale of the subject property,
5 generally described as 58 Agnes St., Oakland, CA 94618, and legally described as follows:

> LOT 16, AND THE SOUTHEASTERN 5 FEET, MEASURED AT RIGHT ANGLES
> OF LOT 17, BLOCK 6, HIGHLAND MANOR, FILED AUGUST 25, 1915, IN BOOK
> 14 OF MAPS, PAGE 24, ALAMEDA COUNTY RECORDS.
>
> BEING ALSO THE SAME PREMISES SHOWN AS PARCEL B ON EXHIBIT "A"
> ATTACHED TO THE CERTIFICATE OF PARCEL MAP WAIVER, RECORDED JUNE 26,
> 1992, SERIES NO. 92-209819, ALAMEDA COUNTY RECORDS.

pursuant to California Civil Code Section 2924 et seq., and thereafter commence any lawful action necessary to obtain complete possession of the subject property without further Court order or proceeding being necessary.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is hereby waived.

    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.5 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

**END OF ORDER**

# COURT SERVICE LIST

CM/ECF Electronic Mail List


Paul Mansdorf mansdorftrustee@sbcglobal.net, ca72@ecfcbis.com, tracie_williams@canb.uscourts.gov

Paul J. Mansdorf mansdorftrustee@sbcglobal.net, ca72@ecfcbis.com,tracie_williams@canb.uscourts.gov

Office of the U.S. Trustee/Oak USTPRegion17.OA.ECF@usdoj.gov, ltroxas@hotmail.com

Edward G. Schloss egs2@ix.netcom.com

Reidun Stromsheim rstromsheim@stromsheim.com

Lawrence L. Szabo szabo@sbcglobal.net, sbernay19@sbcglobal.net


Manual Mail List

Steven On
Ivy Ho On
58 Agnes Street
Oakland, CA 94618

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


C:\Documents and Settings\ed\My Documents\OAK7BLS.on.ORD.wpd

Case: 10-47541   Doc# 51   Filed: 11/01/10   Entered: 11/02/10 10:36:57   Page 3 of 3